UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ANGEL CRUZ-JIMENEZ,<br><br>Defendant. | Case No. 4:10-CR-073-BLW<br><br>**ORDER** |

Defendant Luis Angel Cruz-Jimenez is charged in a Second Superseding Indictment with certain drug crimes. Cruz-Jimenez is one of ten co-defendants in the case. At his arraignment, trial for Cruz-Jimenez was set for November 1, 2010. The trial for all of Cruz-Jimenez's co-defendants, except one who has not yet been arraigned, is set for November 29, 2010. No motion for severance has been filed.

Under these circumstances, the Court will move Cruz-Jimenez's trial from November 1, 2010 to November 29, 2010 with his codefendants. The Speedy Trial Act authorizes excludable time in this circumstance. Specifically, under 18 U.S.C. § 3161(h)(6), excludable time is authorized for "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted." 18 U.S.C. § 3161(h)(6). Accordingly,

# ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Defendant Luis Angel Cruz-Jimenez's present trial date be VACATED, and that a new trial be set for **November 29, 2010 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6).

IT IS FURTHER ORDERED that the current trial readiness conference Defendant Luis Angel Cruz-Jimenez be VACATED, and that a new trial readiness conference be conducted by telephone on **November 18, 2010 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

DATED:  **October 20, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge